UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
FEBRUARY 13, 2018 SESSION



FILED
FEB 15 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                CRIMINAL NO. 3:18-00022
                                  8 U.S.C. § 1326(a)
                                  8 U.S.C. § 1326(b)(1)

**ALAN LOPEZ-SALAZAR**

# INDICTMENT

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about April 23, 2011, defendant ALAN LOPEZ-SALAZAR, an alien, was found at or near Immokalee, Collier County, Florida, was convicted on or about August 23, 2011 in the Twentieth Judicial Circuit Court, Collier County, Florida of the felony offense of Child Abuse, in violation of F.S. 827.03(1)(a), and was subsequently removed from the United States to Mexico, on or about October 11, 2011.

2. On or about January 31, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ALAN LOPEZ-SALAZAR, an alien, was subsequently found in the United States after having been convicted of a felony offense and subsequently removed from the United States, and had not obtained the express consent of the

Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

                      MICHAEL B. STUART
                      United States Attorney

By: _____
     ERIK S. GOES
     Assistant United States Attorney